MICHAEL BAILEY
United States Attorney
District of Arizona
VINCENT J. SOTTOSANTI
Assistant U.S. Attorney
Arizona Bar No. 022037
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: vincent.sottosanti@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR20-2626-LAB

| | |
|---|---|
| United States America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Nathan Freddy,<br><br>　　　　Defendant. | Mag. No. 4:20-mj-03003-N/A-LAB<br><br>**I N F O R M A T I O N**<br><br>Violations:<br>43 CFR § 8365.1-4(b)(2)<br>(Possession of a Controlled Substance)<br><br>43 CFR § 2933(a)(4)<br>(failure to display proof of payment)<br><br>MISDEMEANOR |

THE UNITED STATES ATTORNEY ALLEGES:

### COUNT 1

On April 26, 2020, in the Aravaipa Canyon Wilderness, in the District of Arizona, Nathan Freddy did possess a controlled substance, to wit, marijuana, without a valid prescription or other authorization by Federal or State law in violation of Title 43, Code of Federal Regulations, Sections 8365.1-4(b)(2) and 8360.0-7.

### COUNT 2

On April 26, 2020, on the Aravaipa Canyon Wilderness, in the District of Arizona, Nathan Freddy failed to display any required proof of payment of fees in violation of Title 43, Code of Federal Regulations, Sections 2933.33(a)(4).

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Vincent J. Sottosanti*

<u>10/4/2020</u>
Date

VINCENT J. SOTTOSANTI
Assistant U.S. Attorney