**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Leslie A. Bowman | **Date:** November 19, 2020 |
| **USA v. Nathan M. Freddy** | **Case Number:** CR-20-02626-001-TUC-LAB |

**Assistant U.S. Attorney:** Jacob Operskalski for Vincent Joseph Sottosanti
**Attorney for Defendant:** Angeles Rodriguez, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present/☒ Released

Initial Appearance held as to the Information and Notice of Penalty submitted by the Government.
- ☒ Dft. Nathan M. Freddy states T/N is SAME
- ☒ Court enters plea of not guilty for the defendant.
- ☒ Counsel shall have 20 days to file motions.
- ☒ Status Hearing Date: 12/9/2020 at 9:45 AM before this Court.

Defense counsel notifies the Court of the ongoing negotiations with the Government, which include new information that she states she has provided to the Government.

The Court sets the status conference which may result in a plea hearing. The defendant is advised of his right to trial. The defendant shall remain released on previous release order.

> **The Court enters order: As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.**

**Recorded By** Courtsmart                                IA      9 min
**Deputy Clerk** Allison Siquieros

                                                          Start:  11:03 AM
                                                          Stop:   11:12 AM