MICHAEL BAILEY
United States Attorney
District of Arizona
VINCENT J. SOTTOSNTI
Assistant U.S. Attorney
Arizona State Bar No. 022037
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
E-mail: vincent.sottosanti@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 4:20-cr-02626-LAB |
|---|---|
| Plaintiff, | NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1(a) |
| vs. | |
| Nathan Freddy, | |
| Defendant. | |

Notice is hereby given, pursuant to LRCrim. 16.1(a) that all confessions, admissions, and statements provided in government disclosure may be introduced into evidence by the government at the trial in this matter. *See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

Respectfully submitted this 1st day of February 2021.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Vincent J. Sottosanti*

VINCENT J. SOTTOSANTI
Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means,
this 1ST day of February 2021, to:

All ECF Participants