PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
VINCENT J. SOTTOSANTI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: vincent.sottosanti@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States America, | Mag. No. 4:20-cr-02626-LAB |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION TO DISMISS INFORMATION |
| Nathan Freddy, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 48(a), and by leave of Court, the United States Attorney for the District of Arizona hereby dismisses the above captioned Information without prejudice against defendant Nathan Freddy.

Respectfully submitted this 10th day of March, 2021.

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

VINCENT J. SOTTOSANTI
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 10th day of March, 2021, to:

ECF Participants