# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-02626-LAB |
| Plaintiff, | **ORDER** |
| v. | |
| Nathan Freddy, | |
| Defendant. | |

On motion of the United States of America,

**IT IS HEREBY ORDERED** that the Information is dismissed without prejudice as to defendant Nathan Freddy.

**IT IS FURTHER ORDERED** that the Status Conference scheduled for March 16, 2021 is vacated.

**IT IS FURTHER ORDERED** that the Jury Trial scheduled for March 24, 2021 is vacated.

Dated this 11th day of March, 2021.

_Leslie A. Bowman_
Leslie A. Bowman
United States Magistrate Judge